IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL CARTER, #111975, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:12cv129-TMH |
| ) | |
| KEITH REID, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER AND OPINION**

On February 24, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 20).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The petition for habeas corpus relief filed by Carter (Doc. # 1) is DENIED.

2. This case is DISMISSED with prejudice.

Done this the 7th day of April,  2014.


/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE